**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6349**

EDWARD HAROLD SAUNDERS, JR., a/k/a Edward H. Saunders, Jr.,

             Petitioner - Appellant,

      v.

WARDEN JOHN J. LAMANNA, Warden FCI Edgefield,

             Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  G. Ross Anderson, Jr., Senior District Judge.  (8:08-cv-03333-GRA)

Submitted:  September 18, 2009        Decided:  October 2, 2009

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edward Harold Saunders, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Harold Saunders, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Saunders v. LaManna, No. 8:08-cv-03333-GRA (D.S.C. filed Feb. 9, 2009 & entered Feb. 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED